UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG, | Case No.: 12-CV-02789-LHK |
| Plaintiff, | ORDER DENYING MOTIONS TO DISQUALIFY |
| v. | |
| ALEJANDRO B. VASQUEZ, et al., | |
| Defendants. | |

On November 9, 2012, this Court granted Defendants' motion to dismiss with prejudice. ECF No. 28. The Clerk then closed the file. On November 28, 2012, Plaintiff filed two motions: one to disqualify the undersigned judge, ECF No. 30, and the other to disqualify Magistrate Judge Howard Lloyd as referral judge, ECF No. 31. Because this case has been dismissed with prejudice and is now closed, these motions are moot. Accordingly, both of Plaintiff's motions are DENIED.

**IT IS SO ORDERED.**

Dated: November 30, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02789-LHK
ORDER DENYING MOTIONS TO DISQUALIFY