United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KUANG-BAO P. OU-YOUNG, | ) | Case No.: 12-CV-02789-LHK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING HEARING ON |
| v. | ) | MOTIONS |
| | ) | |
| ALEJANDRO B. VASQUEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

The hearing on Plaintiff's Motion for Summary Judgment, Motion to Vacate, and Motion for Sanctions scheduled for April 18, 2013, is hereby CONTINUED to May 2, 2013.

**IT IS SO ORDERED.**

Dated: March 1, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge