UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>               Plaintiff,<br>    v.<br><br>ALEJANDRO B. VASQUEZ, et al.,<br><br>              Defendants. | Case No.: 12-CV-02789-LHK<br><br>ORDER CONTINUING HEARING ON MOTIONS |

The hearing on Plaintiff's Motion for Summary Judgment, Motion to Vacate, and Motion for Sanctions scheduled for May 2, 2013, is hereby CONTINUED to June 6, 2013.

**IT IS SO ORDERED.**

Dated: April 26, 2013

                                          LUCY H. KOH
                                          United States District Judge