UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG, | Case No.: 12-CV-02789-LHK |
| Plaintiff, | ORDER CONTINUING HEARING ON MOTIONS |
| v. | |
| ALEJANDRO B. VASQUEZ, et al., | |
| Defendants. | |

The hearing on Plaintiff's Motion for Summary Judgment, Motion to Vacate, and Motion for Sanctions scheduled for May 2, 2013, is hereby CONTINUED to June 6, 2013.

**IT IS SO ORDERED.**

Dated: April 26, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02789-LHK
ORDER CONTINUING HEARING ON MOTIONS