United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG, | Case No.: 12-CV-02789-LHK |
| Plaintiff, | ORDER VACATING HEARING ON MOTIONS |
| v. | |
| ALEJANDRO B. VASQUEZ, et al., | |
| Defendants. | |

The hearing on Plaintiff's Motion for Summary Judgment, Motion to Vacate, and Motion for Sanctions scheduled for June 6, 2013, is hereby VACATED. Pursuant to Civil Local Rule 7–1(b), the Court concludes that these motions are appropriate for determination without oral argument. The Court will issue a written Order shortly.

**IT IS SO ORDERED.**

Dated: May 30, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge