UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG, | Case No.: 12-CV-02789-LHK |
| Plaintiff, | ORDER REGARDING MOTION TO RELATE CASES |
| v. | |
| ALEJANDRO B. VASQUEZ, et al., | |
| Defendants. | |

On October 31, 2013, Defendants moved the Court for an order relating *Ou-Young v. Roberts, et al*, Case No. 13-CV-04442-EMC, *Ou-Young v. Roberts, et al*, Case No. 13-CV-003676-SI, *Ou-Young v. Potter, et al*, Case No. 10-CV-00464-RS, and the case pending before the undersigned Judge, *Ou-Young v. Vasquez*, Case No. 12-CV-02789-LHK. No opposition was filed. Because the undersigned judge is a defendant in Case No. 13-CV-04442-EMC, the Court holds that it would be inappropriate for the undersigned judge to make a decision regarding whether all these cases should be related to one another. Pursuant to Local Rule 3-12(f)(2), the decision whether to relate the cases will now proceed to the next judge in line. *See* Civ. L. R. 3-12(f)(2) ("If the Judge assigned to the earliest-filed case decides that the cases are not related, no change in case assignment will be made. In cases where there are more than two potentially related cases, the

1

Case No.: 12-CV-02789-LHK
ORDER DENYING MOTIONS TO DISQUALIFY

1  Clerk shall submit the order to the Judges assigned to the other cases in order of filing with a form
2  of order to decide within 14 days if the cases are or are not related.")
3  **IT IS SO ORDERED.**
4  Dated: November 6, 2013

_____
LUCY H. KOH
United States District Judge

**United States District Court**
**For the Northern District of California**